Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
M. Storm Byrd (SBN 319387)
sbyrd@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Jeff Mueller (admitted *pro hac vice*)
jmueller@daypitney.com
Gregory R. Bruno (admitted *pro hac vice*)
gbruno@daypitney.com
DAY PITNEY LLP
605 Third Avenue, 31st Floor
New York, NY 10158-1803
Telephone: (212) 297-5800
Facsimile: (212) 916-2940

Attorneys for Defendant
LGI Holdings LLC d/b/a Alphabet Wholesale

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLEANVIEW DISTRIBUTION GROUP LLC, a Wyoming limited liability company; SMASH HIT TRADING LLC, a Wyoming limited liability company; and GREEN GOLD ICE LLC, a Wyoming limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>LGI HOLDINGS, LLC, a Wyoming limited liability company; ALPHABET WHOLESALE, a business organization, form unknown; ALPHABET WHOLESALE, INC., a corporation; ALPHABET WHOLESALE, LLC, a limited liability company; PEYTON PALAIO, an individual; TED PALAIO, an individual; LAWRENCE LARSEN, an individual; MARK JENNINGS, an individual; MARK JENNINGS, individually and as a director of Alphabet Wholesale, business form unknown; MARK JENNINGS, individually and doing business as Alphabet Wholesale; JASON FOSTER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-07178 SB (JCx)<br><br>**DECLARATION OF PEYTON PALAIO IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**<br><br><br><br>Removal from Los Angeles County Superior Court on September 7, 2021<br><br>Trial Date: November 7, 2022 |

I, PEYTON PALAIO, declare as follows:

1. I am the Manager of defendant LGI Holdings LLC ("LGI"). I have personal knowledge of the matter set forth herein, and if called as a witness could and would competently testify thereto. As to those matter stated on information and belief, I believe them to be true.

2. I submit this declaration in support of LGI's motion to dismiss the Complaint filed by Plaintiffs Cleanview Distribution Group LLC, Smash Hit Trading LLC, and Green Gold Ice, LLC, or alternatively, to transfer this action to the United States District Court for the District of Wyoming pursuant to 28 U.S.C. §§ 1404(a) and/or 1404(b).

3. LGI is a limited liability company organized and existing pursuant to the laws of the state of Wyoming. It maintains its principal place of business in Georgia.

4. LGI does business under the trade name "Alphabet Wholesale." Thus, the Complaint's allegations that "Alphabet Wholesale Inc., Alphabet Wholesale LLC, and Alphabet Wholesale," are separately existing entities affiliated with LGI "as part of larger [sic] web of companies" (Compl., ¶ 2) is inaccurate.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2021

_____
PEYTON PALAIO

- 1 -
DECLARATION OF PEYTON PALAIO