Exhibit 1

Green Gold ICE LLC
30 N Gould St., Suite R
Sheridan, WY 82801
(424) 477-4286

| INVOICE NO. 701 | 04/29/2020 |
|---|---|

| BILL TO | SHIP TO | TERMS | |
|---|---|---|---|
| Alphabet Wholesale<br>411 S Richey St.<br>Pasadena, TX 77506 | Same as recipient | Due on receipt | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 20,000 kilograms | Agricultural supplies | $13.50 | $270,000 |
| 1 | Shipping | $2,100 | $2,100 |
| | *****SOLD FOR AGRICULTURE PURPOSES***** | | |
| | | SUBTOTAL | $272,100 |
| | | TOTAL | $272,100 |

Thank you for your business!

Bank information for wires:
Bank name: ▉▉▉▉▉▉▉▉▉
Bank address: ▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉

Account name: ▉▉▉▉▉▉▉▉▉
Routing # for wire : ▉▉▉▉▉
Routing # for ACH: ▉▉▉▉▉
Account #: ▉▉▉▉

Green Gold ICE LLC
30 N Gould St., Suite R
Sheridan, WY 82801
(424) 477-4286

## INVOICE NO. 702                                                                   04/30/2020

| BILL TO | SHIP TO | TERMS | |
|---|---|---|---|
| Alphabet Wholesale<br>411 S Richey St.<br>Pasadena, TX 77506 | Same as recipient | Due on receipt | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 20,000 kilograms | Agricultural supplies | $13.50 | $270,000 |
| 1 | Shipping | $2,100 | $2,100 |
| | *****SOLD FOR AGRICULTURE PURPOSES***** | | |

|  |  |
|---|---|
| SUBTOTAL | $272,100 |
| TOTAL | $272,100 |

Thank you for your business!

Bank information for wires:
Bank name: ███
Bank address: ███

Account name: ███
Routing # for wire: ███
Routing # for ACH ███
Account # ███