# Exhibit 2

Green Gold ICE LLC
30 N Gould St., Suite R
Sheridan, WY 82801
(424) 477-4286

# INVOICE NO. 703　　　　　　　　　　　　　　　　　　05/19/2020

| BILL TO | SHIP TO | TERMS |
|---|---|---|
| Alphabet Wholesale<br>411 S Richey St.<br>Pasadena, TX 77506 | Same as recipient | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 109,000 kilograms | Agricultural supplies | $13.50 | $1,471,500 |
| 6 | Shipping | $2,100 | $12,600 |
| -2,000 kilograms | Owed from previous invoice | $13.50 | -$27,000 |

*****SOLD FOR AGRICULTURE PURPOSES*****

| | | |
|---|---|---|
| | SUBTOTAL | $1,457,100 |
| | TOTAL | $1,457,100 |

Thank you for your business!

Bank information for wires:
Bank name: [redacted]
Bank address: [redacted]

Account name: [redacted]
Routing # for wire : [redacted]
Routing # for ACH: [redacted]
Account #: [redacted]