# Exhibit 56

**From:** Jason Foster <jasonf@olisticagroup.com>
**To:** tommylisa888@yahoo.com <tommylisa888@yahoo.com>; islandlife808@protonmail.com <islandlife808@protonmail.com>
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Sent:** Tuesday, April 27, 2021, 08:31:52 AM PDT
**Subject:** RE: Import Co. Invoice Summary

Please see attached.  I can see from bank activity that the prior checks were successfully received, cashed, and cleared.  A check is being issued and mailed to the same address for Invoice #736.  I will provide tracking information as soon as it comes back from the office.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

**From:** Jason Foster
**Sent:** Thursday, April 22, 2021 3:52 PM
**To:** tommylisa888@yahoo.com; islandlife808@protonmail.com
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Subject:** RE: Import Co. Invoice Summary

Please see attached.  No changes to report today, and it otherwise looks as though our checks are landing out west tomorrow.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

**From:** Jason Foster
**Sent:** Wednesday, April 21, 2021 4:52 PM
**To:** tommylisa888@yahoo.com; islandlife808@protonmail.com
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Subject:** RE: Import Co. Invoice Summary

Please see attached.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

**From:** Jason Foster
**Sent:** Wednesday, April 21, 2021 3:31 PM
**To:** tommylisa888@yahoo.com; islandlife808@protonmail.com
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Subject:** RE: Import Co. Invoice Summary

Please see attached.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

**From:** Jason Foster
**Sent:** Tuesday, April 20, 2021 9:30 PM
**To:** 'tommylisa888@yahoo.com' <tommylisa888@yahoo.com>; 'islandlife808@protonmail.com' <islandlife808@protonmail.com>
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Subject:** RE: Import Co. Invoice Summary

Please see attached.  We will be issuing payment via two checks of equal amount, sent via either FedEx or UPS, against the large invoice.  Those checks will be drafted to the two distinct payee names I have been provided.  The tracking information will be provided once confirmed by the carrier.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

**From:** Jason Foster
**Sent:** Monday, April 19, 2021 1:19 PM
**To:** tommylisa888@yahoo.com; islandlife808@protonmail.com
**Cc:** Peyton Palaio <Biolife@protonmail.com>; Mary Cerio <maryc@Olisticagroup.com>
**Subject:** Import Co. Invoice Summary

Please see attached.



**Jason Foster**

CFO

**Phone**: 339-201-3239

**Email** : jasonf@olisticagroup.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error,
please advise the sender by reply e-mail and delete the message.

3

**Invoicing for Import Co.**

| Invoice Number | TOTAL | Invoice Facility 002 | Invoice LGI 001 | IN DOC Invoice 733 | IN DOC Invoice 734 | Invoice LGI 002 |
|---|---|---|---|---|---|---|
| Date Submitted | | 3/17/2021 | 3/11/2021 | 3/18/2021 | 3/26/2021 | 3/29/2021 |
| Days to Payment | | 5 | 1 | 21 | 21 | 1 |
| Date Due | | 3/22/2021 | 3/12/2021 | 4/8/2021 | 4/16/2021 | 3/30/2021 |
| Description | | Site Prep Work | 50% - 6 containers | 54,000 KG Green | 36,000 KG Green 18,000 KG Red | 50% - 5 containers |
| Total | $ 5,367,413.50 | $ 66,165.00 | $ 262,762.50 | $ 708,000.00 | $ 708,000.00 | $ 218,968.00 |
| PAID TO DATE | $ 4,186,613.50 | $ 66,165.00 | $ 262,762.50 | $ 708,000.00 | $ 708,000.00 | $ 218,968.00 |
| REMAINING | $ 1,180,800.00 | $ - | $ - | $ - | $ - | $ - |
| | | PAID | PAID | PAID | PAID | PAID |

**Invoicing for Import Co.**

| Invoice Number | Invoice 735 | Invoice LGI 003 | Invoice 736 | Invoice LGI 004 | IN DOC 737 |
|---|---|---|---|---|---|
| | IN DOC | | | | |
| Date Submitted | 4/1/2021 | 4/3/2021 | 4/8/2021 | 4/13/2021 | 4/14/2021 |
| Days to Payment | 21 | 1 | 21 | 1 | 21 |
| Date Due | 4/22/2021 | 4/4/2021 | 4/29/2021 | 4/14/2021 | 5/5/2021 |
| Description | 7 Boxes - Green, Red, Yellow, White | 50% - 5 containers | 2 Boxes - 120 Red, 600 White, 720 Green | 50% - 8 containers | 3 Boxes - 160 Red, 1,520 White, 480 Green |
| Total | $ 1,653,400.00 | $ 218,968.00 | $ 472,200.00 | $ 350,350.00 | $ 708,600.00 |
| PAID TO DATE | $ 1,653,400.00 | $ 218,968.00 | $ - | $ 350,350.00 | $ - |
| REMAINING | $ - | $ - | $ 472,200.00 | $ - | $ 708,600.00 |
| | PAID | PAID | UNPAID CHECK DRAFTED TO GREEN GOLD ICE LLC SHIPPING TO CA | PAID | UNPAID |