# Exhibit 58

**4/18/2021 8:05 PM**
Tommy's iPhone (+14244774286)



**4/18/2021 8:05 PM**
Tommy's iPhone (+14244774286)

What do you want me to say to Ted

**4/18/2021 8:07 PM**
Tommy's iPhone (+14244774286)

We don't want indo knowing anything of our deal

**4/18/2021 8:16 PM**
Tommy's iPhone (+14244774286)



**4/18/2021 8:26 PM**
Tommy's iPhone (+14244774286)

> So i will handle this i have business to fo there now

**4/19/2021 9:33 AM (Viewed 4/19/2021 9:34 AM)**
The man (6462655954)

Hey, just seeing your messages

**4/19/2021 9:36 AM**
The man (6462655954)

We do definitely need to game plan on how we approach Irvan to get a good working relationship started.

**4/19/2021 9:36 AM**
The man (6462655954)

After you and I figure that out then I can instruct Ted accordingly

**4/19/2021 9:37 AM**
The man (6462655954)

I think he's just looking for some direction so he doesn't go in any direction that's not what we wanted

**4/19/2021 9:40 AM**
Tommy's iPhone (+14244774286)

> Perfect. Spoke with Ted last night. Everything went very well. They finally arrived at the location. Sais Irvan has been great. We should have a detailed 2nd phase plan of attack today. Will forward that right over to you.

4/19/2021 9:41 AM
Tommy's iPhone (+14244774286)
> Ted told Irvan about connections and cameras there. Irvan is building that today with satellites.

4/19/2021 12:29 PM (Viewed 4/19/2021 12:30 PM)
The man (6462655954)
The other payment for Irvan went out. Just wanted to let you know

4/19/2021 12:30 PM
Tommy's iPhone (+14244774286)
> Ty Sir. Will let Irvan know

4/19/2021 12:31 PM (Viewed 4/19/2021 12:32 PM)
The man (6462655954)
Also another 300k went to you today too

4/19/2021 12:33 PM
The man (6462655954)
And another 120k going to you tomorrow too

4/19/2021 12:33 PM
Tommy's iPhone (+14244774286)
> Perfect. Ty again. Getting excited. Ted is super pumped

4/19/2021 12:33 PM
The man (6462655954)
Yeah I've been connecting with him during the evenings and he's been very happy with everything he's seen.

4/19/2021 12:34 PM
The man (6462655954)
Please thank you guys for being so accommodating and looking after him

4/19/2021 12:34 PM
The man (6462655954)
Your^*

4/19/2021 12:34 PM
Tommy's iPhone (+14244774286)
> Absoulutely. Irvan is has been nothing but professional over 3 years

4/19/2021 12:35 PM
The man (6462655954)
Do you want to connect in a couple hours for a short bit ?

4/19/2021 12:35 PM
Tommy's iPhone (+14244774286)
> Sure. Whenever your ready with your schedule. Easy day over here. Always available

4